IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

PRENTICE DAVIS,                             *

            Plaintiff,             *

v.                                          Case No. 1:21-CV-104(WLS)
                                            *
A.D.A. KIRK CHENY, et al,
                                            *
           Defendants.
                                            *

## **J U D G M E N T**

Pursuant to this Court's Order dated August 24, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 24th day of August, 2021.

                                    David W. Bunt, Clerk

                                    s/ William C. Lawrence, Deputy Clerk